ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR

| | |
|---|---|
| CARLOS A. MORENO JUSINO, RHINA R. ROSARIO PABÓN y la sociedad legal de ganaciales Compuesta por ambos <br><br> Demandante <br><br> vs. <br><br> DORAL MORTGAGE CORP., DORAL FINANCIAL CORP. Y/O DORAL MORTGAGE, LLC., su compañía aseguradora A Insurance Company, John Doe y su Compañía Aseguradora B Insurance Company. <br><br> Demandados | CIVIL NUM. <br><br> SOBRE: <br><br> DAñOS Y PERJUICIOS |

## DEMANDA

AL HONORABLE TRIBUNAL:

Comparece la parte demandante representada por el abogado que suscribe y muy respetuosamente expone, alega y solicita:

1. Los demandantes son mayores de edad, casados entre sí, propietarios y vecinos de la Calle 49 AC-42, Jardines de Caparra, Bayamón, PR, 00959; Tel. (787) 504-2060.

2. La parte demandada es una institución financiera ubicada en 1451 Ave. Roosevelt, Hato Rey, PR 00921, donde dieron lugar los hechos que originan esta acción.

3. El 26 de marzo de 2008 los demandantes realizaron un cierre de documentos con la parte demandada, mediante el cual refinanciaban su casa con la parte demandada.

4. Conforme a los términos del acuerdo y de la ley, los demandantes rescindieron dicho cierre de refinanciamiento.

5. No obstante, debido a acciones u omisiones negligentes y/o intencionales de la parte demandada y a pesar de que la parte demandada reconoce que el cierre fue validamente rescindido, la parte demandada ha seguido tratando a los demandantes como si no estuviesen cumpliendo con compromisos contractuales.

6. Entre otras cosas, la parte demandada:

   a. Ha provocado el que las agencias de reporte de crédito hayan manchado el crédito a los demandantes.

    b.    Le envían constantes cartas de cobro y de amenazas de demandas y ejecuciones a los demandantes.

    c.    Han provocado que los demandantes se tengan que tomar mucho mas tiempo en saldar su hipoteca original con otra institución financiera.

    7.    A los demandantes han sufrido estos y otros daños y perjuicios, angustias y sufrimientos mentales y emocionales y daño económico debido a la culpa y negligencia de la parte demandada, por lo que reclaman una cantidad no menor de $75,000.00.

    8.    Se denomina como A Insurance Company a la compañía aseguradora que al tiempo de los hechos aseguraba los daños reclamados en la demanda para DORAL MORTGAGE CORP., DORAL FINANCIAL CORP. Y/O DORAL MORTGAGE, LLC. y se denomina así en este momento por desconocer su verdadero nombre.

    9.    Se denomina como John Doe en la demanda a cualquier tercero que pueda serle responsable a los demandantes por los daños alegados en la demanda, y como B Insurance Company a la compañía aseguradora que asegure estos daños para John Doe. Se denominan así en este momento por no conocer su verdadero nombre.

POR TODO LO CUAL, muy respetuosamente solicitamos se declare con lugar la demanda condenando a los demandados al pago de daños, costas, gastos y honorarios de abogado.

En San Juan, Puerto Rico a 7 de agosto de 2008.

MANUEL DURAN LAW OFFICE  
1139 AMÉRICO MIRANDA AVE.  
SAN JUAN, PUERTO RICO 00921  
TEL. (787) 781-7373  
FAX (787) 781-7771

MANUEL DURAN RODRIGUEZ  
Colegiado Núm.: 10025